**George J. Sayer, Appellee, v. Andrew J. O'Connell, Appellant.**

**Gen. No. 21,928.   (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed February 14, 1916.

### Statement of the Case.

Action by George J. Sayer, plaintiff, against Andrew J. O'Connell, defendant, to recover rent.

The Municipal Court entered a judgment by confession for rent and attorney's fees, under a power contained in a lease set forth in the statement of claim, in favor of plaintiff and against defendant for the sum of $1,181. Defendant afterwards made a motion to vacate the judgment on the single contention and claim that the court had no jurisdiction to enter it. No affidavits were filed in support of this motion and no claim made of meritorious defense to the amount of the judgment or any part of it.

Defendant grounded his motion upon the fact that in the statement of claim it is recited that the lease containing the power of attorney authorizing the confession of judgment was lost or mislaid. It appeared by an averment in the statement of claim that a sworn copy was filed in its place and this fact was not denied by defendant. It was further set forth in the statement of claim that the copy of the lease attached to such statement had been admitted by defendant in another action between the same parties to be an exact duplicate of the original lease; and it was also admitted by defendant that the original lease was executed by him. Plaintiff also averred in his statement of claim that the said lease had never been assigned

or transferred to any other person. The trial judge denied the motion to vacate, and defendant appeals.

FULTON, GAREY & DEUTSCHMAN and D. T. ALEXANDER, for appellant.

STEIN, MAYER & STEIN, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. JUDGMENT, § 11*—*when validity presumed.* On appeal, where the evidence shows that the judgment appealed from was entered in open court, all presumptions in favor of its validity must be indulged.

2. JURISDICTION, § 38*—*when not affected by loss of instrument in suit.* A court is not without jurisdiction to render a judgment for rent because the original lease is lost or mislaid where a sworn copy is introduced, especially where such copy is admitted by defendant to be a true copy.

---

William Rauen, Appellee, v. Andrew Benson, Appellant.

Gen. No. 21,967.

MUNICIPAL COURT OF CHICAGO, § 13*—*when statement of claim insufficient.* A statement of claim in an action of the first class in the Municipal Court of Chicago, the material averments of which are that "plaintiff's claim is for the value of goods appropriated by defendants of the kind and value as follows," setting out thereafter a list of certain personal property, is insufficient in that it does not state a cause of action cognizable by the courts under settled rules of procedure.

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in this court at the October

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.